IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HENRY WILLIAM LEATH, III,

    Petitioner,

v.                                                                     CASE NO. 1:08-cv-56-MMP-AK

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

    This habeas corpus matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus. Petitioner has not, however, paid the filing fee or filed a motion for leave to proceed *in forma pauperis*, and therefore, consideration of the petition will be deferred until payment is received or IFP is granted.

    Accordingly, it is ORDERED:

    That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

    That Petitioner shall have until **May 30, 2008**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

    **That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

    **DONE AND ORDERED** this  *30th*  day of April, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**