IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HENRY W. LEATH, III,

    Petitioner,

v.                                               CASE NO. 1:08-cv-56-MMP-AK

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

    This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus. Petitioner has paid the filing fee. In reviewing the Petition, the Court has determined that amendment is necessary because Petitioner has failed to make any allegation that he is "in custody in violation of the Constitution or laws or treaties of the United States," as required to proceed with a habeas petition in state court. 28 U.S.C. § 2254(a). As it stands, Petitioner has alleged only that his sentence violates Florida state statutes and rules, and thus, this petition grounded on issues of state law provides no basis for habeas relief, as a violation of a state statute or rule of procedure is not, in itself, a violation of the federal constitution. *Engle v. Isaac*, 456 U.S. 107, 119, 102 S.Ct. 1558, 1567, 71 L.Ed.2d 783 (1982); *Branan v. Booth*, 861 F.2d 1507, 1508 (11th Cir. 1989).

    Accordingly, it is **ORDERED**:

    That he Clerk of Court shall forward to Petitioner four § 2254 forms, along with any service copies of the initial § 2254 petition;

That no later than **June 16, 2008**, Petitioner shall file an "amended petition" as explained in this order, along with two identical copies including any exhibits.  He shall also keep an identical copy for his records;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this   *14th*   day of May, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**