IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HENRY WILLIAM LEATH III,

    Petitioner,

v.                                           CASE NO. 1:08-cv-00056-MP-GRJ

WALTER A MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 28, the Report and Recommendation of the Magistrate Judge, recommending that the first amended petition be denied. The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees that both claims are procedurally defaulted and that since petitioner's sentence was within the statutory range, it could not constitute an excessive punishment. Also, because petitioner was not sentenced as a habitual offender, his counsel could not have been ineffective for failing to inform him he would be so sentenced. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2.     The first amended petition, Doc. 7, is denied.

3.     For the reasons stated above, the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further. Accordingly, no certificate of appealability is appropriate in this case.

**DONE AND ORDERED** this *16th* day of August, 2011

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge